UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

AMIN B. BOOKER, a/k/a Amin Booker;
PAUL COLON; and LAWRENCE WILSON,

                     Plaintiffs,

                                                         9:13-CV-1342
v.                                                          (GTS/ATB)

HAROLD GRAHAM, Superintendent, Auburn Corr.
Facility; JUSTIN THOMAS, Deputy Superintendent
of Programs at Auburn Corr. Facility; GRAFTON
ROBINSON, Deputy Superintendent of Security at
Auburn Corr. Facility; JOHN DOE #1, Corr. Officer,
Auburn Corr. Facility; JOHN DOE #2, Corr. Officer,
Auburn Corr. Facility; DONNA MARTIN, Food Serv.
Admin. at Auburn Corr. Facility; CAPTAIN FAGAN,
Auburn Corr. Facility; ARRIA, Corr. Officer, Auburn
Corr. Facility; D. CARPENTER, Corr. Officer,
Auburn Corr. Facility; GRIFFIN, Corr. Officer,
Auburn Corr. Facility; and STEVENS, Corr. Officer,
Auburn Corr. Facility,

                     Defendants.
_____

APPEARANCES:                                          OF COUNSEL:

AMIN B. BOOKER, 98-A-6245
  Plaintiff, *Pro Se*
Elmira Correctional Facility
Elmira, New York 14902

PAUL COLON, 03-A-5813
  Plaintiff, *Pro Se*
Fishkill Correctional Facility
Beacon, New York 12508

LAWRENCE WILSON, 88-C-0777
  Plaintiff, *Pro Se*
Wende Correctional Facility
Alden, New York 14004

| HON. ERIC T. SCHNEIDERMAN | ADRIENNE J. KERWIN, ESQ. |
|---|---|
| New York State Attorney General | Assistant Attorney General |

   Counsel for Defendants
The Capitol
Albany, New York 12224

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

Currently before the Court, in this *pro se* prisoner civil rights action filed by Amin B. Booker, Paul Colon, and Lawrence Wilson ("Plaintiffs") against the above-captioned employees of the New York State Department of Corrections ("Defendants") arising from alleged religious-rights violations while Plaintiffs were inmates at Auburn Correctional Facility in Auburn, New York, are Defendants' motion to dismiss Plaintiffs' Amended Complaint for failure to state a claim upon which relief can be granted and United States Magistrate Judge Andrew T. Baxter's Report-Recommendation recommending that Defendants' motion to dismiss be denied without prejudice to refiling upon the submission of a properly supported motion for summary judgment. (Dkt. Nos. 186, 194.) None of the parties have filed objections to the Report-Recommendation and the deadline in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing the relevant papers herein, including Magistrate Judge Baxter's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation.[1] Magistrate Judge Baxter employed the proper standards, accurately recited the facts, and reasonably applied

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein; and Defendants' motion to dismiss is denied without prejudice to refiling upon the submission of a properly supported motion for summary judgment.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 194) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion to dismiss for failure to state a claim (Dkt. No. 186) is **DENIED without prejudice** to refiling upon the submission of a properly supported motion for summary judgment

Dated: April 19, 2016
      Syracuse, New York

_____
HON. GLENN T. SUDDABY
United States District Judge